IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
2012 FEB 24   PM 3:30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

THORNE MICHAEL PETERS
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

SHELBY COUNTY, TN
WILLIAM L. GIBBONS
MARK H. LUTTRELL

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (X) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs: Thorne Michael Peters

         Defendants: State of Tennessee, William L. Gibbons, Mark H. Luttrell

      2. Court (if federal court, name the district; if state court, name the county):
         U.S. District Court WDTN
      3. Docket Number: unknown
      4. Name of judge to whom case was assigned: unknown
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
         Case sent back because it was premature
      6. Approximate date of filing lawsuit: Approx June 2010
      7. Approximate date of disposition: within a couple of months of filing

-1-                                                                Revised 4/18/08

II. Place of Present Confinement: __N/A__

    A. Is there a prisoner grievance procedure in the institution?

                                                  Yes ( )   No ( )

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?          Yes ( )   No ( )

    C. If your answer is Yes:
       1. What steps did you take? __N/A__

       2. What was the result? _____

    D. If your answer is No, explain why not: _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs if any.)

    A. Name of Plaintiff __THORNE MICHAEL PETERS__
       Address __3442 RADFORD RD MEMPHIS TN 38111__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

    B. Defendant __SHE MARK H. LUTTRELL__ is employed as __SHELBY COUNTY MAYOR__ at __SHELBY COUNTY GOVERNMENT__

    C. Additional Defendants: __BILL GIBBONS, FRM__ ~~Her~~ __SHELBY COUNTY, DISTRICT ATTORNEY GENERAL__

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

Defendants violated my civil rights by filing false criminal charges against me based on fraudulent and manufactured evidence and perjured testimony, as part of a conspiracy to shut down my nightclub as a public nuisance. These cases were under Indictment Numbers 09-07358 and 09-07359 in Shelby County Criminal Court

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to award me five million dollars in compensatory damages and punitive damages for violating my civil rights, conspiring to deprive me of my civil rights, and economic losses from the closure of my nightclub due to my incarceration based on malicious prosecution on these fraudulent charges based on perjured testimony and manufactured evidence.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 24th day of FEBRUARY, 20 12.

_____
(Signature of Plaintiff/Plaintiffs)